**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MATTHEW DON KERNAL**<br><br>**Defendant.** | **Case No. 4:26-cr-097-GAG** |

**AMENDED OPINION AND ORDER**

The Court has reviewed the government's objection to the Pre-Sentence Report (Dkt. 48) and Defendant's response thereto (Dkt. 49). The Court holds that a two-level adjustment per U.S.S.G. § 3C1.1 is warranted. Specifically, because defendant threw the murder weapon onto the roof a commercial building. Defendant does not dispute that fact, but posits the enhancement is inapplicable because law enforcement found the knife the following day. Under Tenth Circuit precedent, to wit, United States v. Kay, 144 F.4th 1203, 1207-08 (10th Cir. 2025),[1] the enhancement applies. The probation office shall accordingly include the same in the PSR.

It is so ordered.

*/s/ Gustavo A. Gelpí*
Gustavo A. Gelpí, Circuit Judge[*]

[1] Because the enhancement has been applied for the aforementioned reasons, the court will not address the other grounds offered.

[*] Of the Court of Appeals for the First Circuit, sitting by designation.